## JOHN LOVAN v. THE STATE.

No. 9168. Delivered June 3, 1925.

**Sale of Intoxicating Liquor—Evidence Sufficient.**

No complaint is made of the court's charge, nor of any proceedings dur-ing the trial. The evidence being sufficient the judgment is affirmed.

Appeal from the District Court of Jefferson County. Tried below before the Hon. Geo. C. O'Brien, Judge.

Appeal from a conviction of the sale of intoxicating liquor; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—The indictment contained a number of counts, but the only one submitted charged that defendant sold whiskey to one Milsap. A conviction resulted fixing the punishment at two years in the penitentiary.

No complaint is made of the court's charge nor of any proceeding during the trial.

The evidence is undisputed that Milsap, working with the officers, bought whiskey from defendant. The latter admitted the sale.

The judgment is affirmed.

*Affirmed.*